IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.  　　　　　　　　　　　　5:04cr28/MCR
　　　　　　　　　　　　　　5:05cv224/MCR/MD

LANCE H. REID,
　　　　Defendant.

## ORDER and
## REPORT AND RECOMMENDATION

This cause is before the court upon defendant's voluntary motion to withdraw previously filed motion pursuant to 28 U.S.C. § 2255 motion (doc. 38). Defendant sent a letter to his attorney, appointed to represent him at the currently scheduled evidentiary hearing, indicating that he wished to withdraw his motion to save the courts, as well as himself, "much unnecessary grief." (Doc. 38, att. 1). Therefore, the evidentiary hearing currently scheduled for October 25, 2006 will be cancelled and the defendant's motion to withdraw his § 2255 motion should be granted.

Accordingly, it is ORDERED:

The evidentiary hearing currently scheduled for October 25, 2006 at 9:00 a.m. is cancelled.

And it is respectfully RECOMMENDED:

That defendant's motion to dismiss (doc. 38) be granted and his § 2255 motion (doc. 26) be dismissed.

At Pensacola, Florida, this 27th day of September, 2006.

/s/ *Miles Davis*
　　MILES DAVIS
　　UNITED STATES MAGISTRATE JUDGE

*Page 2 of 2*

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts,*** **858 F.2d 698, 701 (11th Cir. 1988).**